IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, JAMES S. JORGENSEN, Administrator of the Funds, <br><br> Plaintiffs, <br><br> v. <br><br> FRANCIS, LLC <br><br> Defendant. | Case No. 11 C 3884 <br><br> Judge St. Eve |

**PLAINTIFFS' MOTION TO REINSTATE THIS CAUSE
AND ENTER JUDGMENT CONSISTENT WITH
THE PARTIES' SETTLEMENT AGREEMENT**

Plaintiffs, the Laborers' Pension and Welfare Funds (the "Funds"), by their attorneys respectfully request this Court to reinstate the above captioned matter and enter judgment against the defendant, Francis, LLC, consistent with plaintiffs' affidavits and the Parties' Settlement Agreement. In support of this motion plaintiffs state as follows:

1. On or about February 21, 2012, the Parties entered into a Settlement Agreement (the "Agreement"), covering the audited period of May 24, 2010 through October 31, 2010. A copy of the Agreement signed by Francis, LLC's President, Steven Searles, is attached hereto as Exhibit 1, as well as Francis, LLC's Installment Note with the Funds, which is attached as Exhibit 2.

2. The Agreement provides that, if Francis, LLC failed to pay either its Installment Note or its ongoing monthly contributions, Francis, LLC shall be deemed in default within ten (10) days after the date payments are due, or within ten days of a material breach of the terms of the Agreement or Installment Note, and further provides that the Funds will have the right to reinstate this action

1

(Exh. 1, ¶4). According to the terms of the Agreement, Francis, LLC is not permitted to raise defenses to bar judgment of the unpaid balance (Exh. 1, ¶5). The Installment Note also contains an acceleration clause enabling the Funds to collect the full amount remaining on the Note if Francis, LLC defaults (Exh. 2, ¶8). Thereby, upon motion, the Funds are entitled to entry of the balance owed against Francis, LLC.

3. According to the Agreement, the judgment shall include all unpaid amounts plus attorneys' fees incurred in the Funds' efforts to seek compliance with the terms of the Agreement (Exh. 1, ¶5; Exh. 2, ¶8). The undersigned counsel has communicated with Mr. Searles by email and/or telephone as recently as July 15th, 26th, and 29th, to give him notice of plaintiffs' motion to reinstate the cause, and move for judgment for the balance remaining on the Installment Note, plus the attorneys' fees.

4. Thus, plaintiffs seek to reinstate this cause consistent with the Stipulation permitting this Court jurisdiction for the purpose of enforcing the parties' Settlement Agreement through February 22, 2013. This deadline was extended by the Court to August 30, 2013. (See, Dk# 28, 32, 40, 41).

5. According to the affidavit of James Fosco, the Funds' Field Representative, Francis, LLC failed to submit <u>any</u> of its Note payments since January 1, 2013, and the amount of $21,375.45 remains due to the Funds pursuant to the Agreement and the Installment Note. (See, Fosco Affidavit, Exhibit 3).

6. According to the undersigned's attached affidavit and fee report, the attorneys' fees incurred in the Funds collection efforts from the date of breach on January 11, 2013 to the present show the amount of $5,822.50 is owed pursuant to the Parties' Settlement Agreement. (See, Schumann Affidavit, Exhibit 4; Fee Report Exhibit 4A)

7. The Funds retain the right to file a new lawsuit for any audit findings for the as yet unaudited period from November 1, 2010 through the present, as Francis, LLC has failed to submit several monthly reports and payments to the Funds and a compliance audit is currently in progress for this period. However, the Funds find no just reason to delay the judgment in the present matter.

8. Plaintiffs seek judgment in the total amount of $27,197.95 against the defendant, Francis, LLC, and in favor of the Funds, consisting of the remaining amount due on defendant's Installment Note pursuant to the Parties' Settlement Agreement plus the attorneys' fees incurred in the Funds' collection efforts from defendant's breach to the present.

WHEREFORE, plaintiffs request this Court enforce the Parties' Agreement and thereby reinstate this cause, entering judgment in the total amount of $27,197.95 against Francis, LLC, and in favor of the Funds, pursuant to defendant's breach of the Parties' Agreement and default on its Installment Note, covering the audited period of May 24, 2010 through October 31, 2010, plus attorneys' fees incurred by the Funds' collection efforts to the present.

Respectfully submitted,

/s/Sara S. Schumann
One of plaintiffs' attorneys

Karen I. Engelhardt
Sara S. Schumann
Allison, Slutsky & Kennedy, P.C.,
230 West Monroe Street Suite 2600
Chicago, IL 60606
(312) 364-9400

August 21, 2013